UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. |
| | ) | |
| Assorted Apple Electronics | ) | |
| (*see attachment one*) | ) | |
| Defendants *in rem.* | ) | |
| | ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, brings this Complaint in accordance with

Supplemental Rule G(2) of the Supplemental Rules for Certain Admiralty or Maritime Claims

and Asset Forfeiture Actions, and alleges:

### NATURE OF THE ACTION

This is an action to forfeit and condemn to the use and benefit of the United States of

America the captioned defendant *in rem* pursuant to 18 U.S.C. §§ 1341 and 1343.

### JURISDICTION AND VENUE

The United States brings this action *in rem* to forfeit and condemn the defendant *in rem*

electronics under 18 U.S.C. § 981(a)(1)(C).  The Court has jurisdiction over this action under 21

U.S.C. §§ 1345 and 1355(a).

The Court has *in rem* jurisdiction over the property under 28 U.S.C. § 1355(b).  Upon the

filing of this Verified Complaint, the United States requests that the Clerk of Court issue an

arrest warrant *in rem* pursuant to Supplemental Rule G(3)(i), which the United States will

execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

### THE DEFENDANTS *IN REM*

The defendants *in rem* are the electronics identified in Attachment 1, seized from the

warehouse located at 4 Peabody Road Annex, Building B, Unit 2, Derry, NH on May 22, 2025,

the FedEx facility at 44 Industrial Drive, Londonderry, NH on May 23, 2025, and the devices

seized from the UPS facility located at 3 Whipple Street, Nashua, NH on May 23, 2025. The

defendants *in rem* are in the custody of the Department of Homeland Security, Homeland

Security Investigations (HSI).

**FACTS**

1.      Law enforcement is currently conducting a major investigation into Chinese

organized gift card fraud.  This investigation is part of a broader HSI initiative to combat this

illicit activity.

2.      Individuals have unlawfully obtained gift cards from a variety of sources,

including romance fraud, elder fraud, sextortion, hacking, and retail theft.  The data from these

gift cards is then frequently transmitted electronically to China, where they are consolidated and

sold.  The gift cards are then used, typically to purchase Apple electronics and other high-value

merchandise.  These products are typically shipped to warehouses in no sales tax states, such as

New Hampshire. The products are in turn exported.

3.      As part of this investigation, law enforcement has executed search warrants on

multiple warehouses throughout New Hampshire over the last two years that were routinely

receiving high volumes of Apple electronics.  These warehouses were operated by groups of

Chinese nationals or persons of Chinese descent.  These electronics were almost always

purchased using gift cards that are all suspected of being stolen or fraudulently obtained.  Law

enforcement has seized almost 30,000 brand-new Apple electronics, totaling over $25 million in

retail value.

4.      Apple confirmed that tens of millions of dollars' worth of gift cards were used to

purchase the devices.  The cards used to purchase the seized devices were often originally

purchased or acquired from across the United States.  However, most of these cards were

redeemed in China.  Some of the gift cards used to acquire Apple electronics for shipment to

New Hampshire were used in as little as 24 hours after their original purchase, despite being purchased in regions far away from New Hampshire.

5.    The groups of Chinese nationals and persons of Chinese descent operating the New Hampshire warehouses often use WeChat, a Chinese-based messaging platform that does not comply with U.S. legal process.  Law enforcement obtained warrants to search many personal cell phones used by warehouse workers and operators.  In some instances, the phones contained WeChat group chats where participants purchased and exchanged fraudulently obtained gift card numbers and PINs. The WeChat messages also discussed the sale and purchase of electronic devices, primarily Apple products. The conversations included messages about New Hampshire-based warehouses and where to ship and/or bring devices to. There were many discussions about FedEx and UPS shipments.

6.    Based on records obtained from Apple prior to each New Hampshire warehouse search warrant over the last two years, all orders for products going to these warehouses were funded entirely with gift cards. Each order was usually linked to a separate Apple ID account. Law enforcement sent Apple a list containing a subset of the seized products' serial or IMEI numbers. Apple confirmed again that those devices were purchased entirely with gift cards. Many of the gift cards were redeemed in China following their activation in the U.S. Some of the gift cards were used to purchase electronics being shipped to New Hampshire less than 24 hours after activation.

7.    According to Apple, none of the New Hampshire warehouses identified as part of the investigation are authorized wholesalers, retailers, or resellers of Apple.

8.    Law enforcement interviewed workers at the warehouses. Most claimed to be "re-shippers" who get paid a commission per device. According to the workers, their bosses are typically in China. Some informed law enforcement that they are aware the devices are likely stolen or illegally obtained. Evidence from the workers' personal devices shows that at least

some of the workers were purchasing Apple devices using gift cards and reselling them as beneficial owners. This discovery was based on invoices located within their devices and traditional financial analysis obtained from bank records. Other evidence found in warehouses included informal handwritten ledgers with pages of gift card information and transactions from major retailers such as Walmart, Target, and Best Buy.

9.      In May 2025, FedEx provided law enforcement with a list of New Hampshire addresses receiving regular bulk shipments coming from Apple. One of the addresses listed was 4 Peabody Annex, Building B, Unit 2, Derry, NH ("Unit 2"). Records showed that on April 28, 2025, FedEx delivered 249 parcels, all from Apple, to Unit 2. This was the only day of shipments that FedEx pulled and provided to law enforcement.

10.     Law enforcement officers also spoke to a neighbor of Unit 2 who conducts business in the unit next door. The neighbor stated that Unit 2 received deliveries from FedEx and UPS daily. The Unit 2 property manager was also interviewed and stated that he recalled seeing multiple deliveries to Unit 2 on a routine basis.

11.     On May 19, 2025, the Derry Police Department received a call for service at Unit 2. An Asian man, later identified as Gui LIN, suffered from stab wounds during an attempted robbery of Unit 2 and was transported to the hospital where he was pronounced dead. Investigators spoke with Li Hua ("Amy") WANG who worked at Unit 2. She stated that she had set up the lease for Unit 2 and worked inside packaging cell phones and other Apple devices.

12.     Investigators also interviewed Qunzing ZHEN, the girlfriend of LIN. She stated that she found the job on a Chinese website she knew as "168." ZHEN stated that she started working at Unit 2 in April 2025 and received packages to reship, including Apple products. Her boss, "JW," lived in Hong Kong and was the owner of the business at Unit 2. She only communicated with him through WeChat and phone calls. JW provided labels for ZHEN to ship

the products once they were consolidated into shipping boxes. Most of the shipments went to Hong Kong. ZHEN also stated that she kept all product inventory sheets at her house.

13.     According to delivery data received from both UPS and FedEx on May 19, 2025, large quantities of packages were delivered to Unit 2 the morning prior to the murder and attempted robbery. FedEx delivered 293 packages, and UPS delivered 265 packages to Unit 2. All packages were from Apple.

14.     On May 20, 2025, the New Hampshire State Police executed a state search warrant on Unit 2 pertaining to the homicide investigation. Items located inside the premises included hundreds of suspected Apple electronics contained inside of brown shipping boxes addressed to Unit 2.

15.      During the state's search, law enforcement found numerous handwritten ledgers pertaining to Apple device shipments and orders, listing quantities of Apple electronics by model and amounts. On another desk, there was a printer with dozens of paper shipping labels printed out. All labels were addressed to a Jin WU at "FedEx Ship Center" located at 10000 NW 21st Street, Miami, FL 33172 with a return sender of Ming Chen at 2061 Boston Ave., Bridgeport, CT 06610. Prior search warrants from this investigation have shown similar patterns where the listed sender address is not the same address as the purported re-shipper location in New Hampshire. This is suspected to be a deliberate tactic to layer the shipping process of these Apple devices to hinder law enforcement tracing efforts.

16.     During the state search warrant execution, a small quantity of brand-new, white Apple iPhone boxes with the tamper seal intact were discovered in plain view. Photos of these devices were taken and the Apple serial numbers are as follows: DMX91XTH7G, KDWVX2F703, HF4DVJ23TH, D65QH4CR2R, and GD20C99VWD. A subpoena was sent to Apple for all the information regarding these devices.

17.     On May 21, 2025, Apple provided information about these devices. Three of the

five devices were Apple iPhone 16 Pro Maxs with the other two being Apple iPhone 16 Pros. All five were 256 GB.  Five different Apple IDs were used to purchase the phones.  Two of the accounts had addresses listed as "skjipkp'k iajaojojj" in Oregon. A public record search did not identify a city name "iajaojojj" in Oregon. One of the accounts had no street, city, or state information, but the zip code was for Hooksett, New Hampshire. Another account had an address of 3054 Libby Street 15-1, Hooksett, NH. Verification was done and Hooksett Police Department also confirmed that this address does not exist. A public record search of the last address, listed as 204 Iron Street, Fairbanks, AK, did not identify a road with that name existing in Fairbanks, AK. All three states listed in these purchase orders have no sales tax.  Throughout the broader investigation, law enforcement has seen that fraudulently purchased products are shipped to states with no sales tax to maximize fraudsters' profits.

18.    All five phones were paid for through unique Apple ID accounts, which can be funded by gift cards. However, the Apple records only displayed "Apple Account Balance" under the payment method for each of these phones. All devices appear to have been bought for full retail value, which was either $1,099 or $1,199, depending on if it was a Pro or Pro Max. Three of the devices were originally shipped to 51 Harvey Road, Londonderry, NH; one device to 10 Harris Road, Unit G, Windham, NH; and one device directly to Unit 2. Four of the five phones were purchased on May 5, 2025, and the other phone on May 2, 2025. All the "Bill To" information for the Apple ID accounts at issue were not New Hampshire addresses. They were in New York, Connecticut, Pennsylvania, Oregon, and Maryland. The addresses associated with Apple ID accounts do not match either the "Bill To" addresses or the shipping destinations in New Hampshire.

19.    After the state homicide search warrant was executed at Unit 2, FedEx and UPS advised law enforcement that additional packages in their possession were slated to be delivered

to Unit 2. These packages were temporarily detained by both FedEx and UPS due to their awareness of the suspected fraud.

20.    On May 22, 2025, law enforcement executed a federal search warrant at Unit 2. There were 402 iPhone 16 Pro Max 256GB, 169 iPhone 16 Pro 256GB, 52 iPhone 16 Pro 128GB, 9 iPhone 15 Pro Max 256GB R, 7 iPhone 15 128GB R, 7 iPhone 15 Pro 256GB R, 13 iPhone 16e 128GB, 8 iPhone 15 Pro 128GB, and 5 iPhone 15 Pro Max 256GB devices seized. In total, 672 devices were seized.

21.    On May 23, 2025, law enforcement executed a federal search warrant for packages located at UPS at 3 Whipple Street, Nashua, New Hampshire. There were 607 iPhone 16 Pro Max 256GB, 63 iPhone 16 Pro 256GB, 166 iPhone 16 Pro 128GB, 18 iPhone 15 Pro 256GB, 1 iPhone 15 128GB, 1 iPhone 16 Plus 128GB, 1 iPhone 16 Pro Max 512 GB, and 4 iPhone 16e 128GB devices seized. In total, 861 devices were seized[1].

22.    On May 23, 2025, law enforcement executed a federal search warrant at FedEx located at 44 Industrial Drive, Londonderry, New Hampshire. There were 34 iPhone 16 Pro Max 256GB, 1 iPhone 16 Plus 128GB, 1 iPhone 15 Pro 128GB, 8 iPhone 15 Pro 256GB, 56 iPhone 15 Pro Max 256GB, 10 iPhone 16 Pro 128GB, and 16 iPhone 16 Pro 256GB seized. In total, 126 devices were seized.

### FIRST CLAIM FOR FORFEITURE

23.    The allegations contained in paragraphs 1 through 22 of this Verified Complaint for Forfeiture *in Rem* are incorporated by reference.

24.    Pursuant to 18 U.S.C. § 981(a)(1)(C), "any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting 'specified

---

1 There are some duplicate serial numbers indicated on Attachment 1. The United States contacted opposing counsel to clarify the duplicate serial numbers. As of today's date, those have not been identified. The United States will file an Amended Complaint upon receipt of the correct serial numbers.

unlawful activity' (as defined in section 1956(c)(7) of this title), or conspiracy to commit such offense" is subject to forfeiture to the United States.

25.     Title 18 U.S.C. § 1341, mail fraud, and § 1343, wire fraud, are specified unlawful activities as defined in 18 U.S.C. § 1961(1), and as incorporated into section 1956(c)(7). The defendants *in rem* are properties that constitute or are derived from proceeds traceable to specified unlawful activities, in violation of 18 U.S.C. §§ 1341 and 1343.

26.     As a result, the defendants *in rem* (identified in Attachment 1) are liable to condemnation and forfeiture to the United States for its use, in accordance with 18 U.S.C. § 981(a)(1)(C).

**<u>PRAYERS FOR RELIEF</u>**

Therefore, the United States requests that:

(a)  the Clerk of Court issue a Warrant of Arrest *in Rem* in the form submitted with this Verified Complaint to the United States Marshal for the District of New Hampshire commanding him to arrest the defendants *in rem*;

(b)  this matter be scheduled for a jury trial;

(c)  judgment of forfeiture be decreed against the defendants *in rem*;

(d)  the defendants *in rem* be disposed of according to law; and,

(e)  this Court grant the United States of America its costs and whatever other relief to which it may be entitled.

Respectfully submitted,

Erin Creegan
United States Attorney

Date:   February 27, 2026          By:     /s/ Raphael Katz
                                            Assistant U.S. Attorney, NY Bar #4371688
                                            53 Pleasant Street, 4th Floor
                                            Concord, New Hampshire 03301
                                            (603) 225-1552
                                            raphael.katz@usdoj.gov

**VERIFICATION**

I, Bradley Nims, being duly sworn, depose and say that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and as such have responsibility for the within action, that I have read the contents of the foregoing Verified Complaint for Forfeiture *in Rem* and know the contents therein, and that the same is true to the best of my knowledge, information and belief.

The sources of my information and the grounds of my belief are official records and files of the United States and the State of New Hampshire, and information obtained by me and other law enforcement officers during an investigation of alleged violation of the laws of the United States.


Date: February 27, 2026

/s/ Bradley Nims
Bradley Nims, Special Agent
Department of Homeland Security
Homeland Security Investigations